UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 4:15-CV-88-FL

| | |
|---|---|
| CARLOS GARCIA, JR., individually, and as Administrator of the ESTATE OF CHRISTIAN JAVIER GARCIA and EDNA GARCIA, </br></br>　　　　Plaintiffs, </br></br>　　v. </br></br>UNITED STATES OF AMERICA, </br></br>　　　　Defendant. | ORDER |

UPON CONSIDERATION of the parties' Joint Motion to Stay Deadlines Pending Private Mediation and the entire record,

IT IS HEREBY ORDERED on this 20th day of July 2016, that the parties' joint motion is GRANTED;

IT IS ORDERED FURTHER THAT:

1. Plaintiff will serve responses and/or objections to Defendant's First Set of Interrogatories, Defendant's First Request for Production of Documents, and Defendant's First Request for Admission on or before September 6, 2016.
2. Defendant will review and provide all comments and objections on or before September 20, 2016.
3. Plaintiff will produce all additional material and/or objections thereto on or before October 3, 2016.

1

4. The parties will begin immediately to work together to find and schedule a suitable date for mediation with Mr. Beskind to be held in the Office of the United States Attorney for the Eastern District of North Carolina during the weeks of October 11, 2016 (October 10, 2016 is a federal holiday), October 17, 2016, October 24, 2016, or November 1, 2016.

5. Within seven business days of resolution or impasse certified by the mediator, the parties shall file with the court a joint written status update.

6. If the case does not resolve in mediation, the parties shall include in the status update their proposed plan for continued case management and scheduling and shall file a proposed amended scheduling order complete with signature block for United States District Court Judge Louise W. Flanagan.

SO ORDERED.

*[signature]*
LOUISE W. FLANAGAN
United States District Judge